UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. Lawrence Whiteman                    Docket Number: 06-cr-00091-WYD-01

**Petition on Supervised Release**

COMES NOW, Sherrie Blake, probation officer of the court, presenting an official report upon the conduct and attitude of Lawrence Whiteman, who was placed on supervision by the Honorable Roger G. Strand sitting in the court at Phoenix, Arizona, on the 2nd day of June 2000, who fixed the period of supervision at 36 months, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. You shall submit to search of person, property, vehicles, business, and residence to be conducted in a reasonable manner and at a reasonable time by, or at the direction of, the probation officer.

2. You shall participate in sex offender treatment as directed by the probation officer and submit to risk assessment including physiological testing which may include, but is not limited to polygraph, plethysmograph, and/or ABEL Assessment. You shall contribute to the cost of treatment is an amount to be determined by the probation officer.

3. You shall reside in a residence approved, in advance, by the probation officer. Any change in the residence must be pre-approved by the probation officer.

4. You shall not have contact with children under the age of 18 without propr written permission of the probation officer, and shall report any unauthorized contact immediately to the probation officer.

5. You shall not possess any form of pornography, sexually stimulating, or sexually oriented material as deemed inappropriate by the probation officer and/or treatment staff. You shall not enter any location where pornography or erotica can be accessed, obtained, or viewed.

6. You are restricted from engaging in any occupation, business, or profession where you have access to children without prior written permission of the probation officer.

7. You shall register with the state sex offender agency in any state where you reside, are employed, carry on a vocation, or are a student, as directed by the probation officer.

8. You shall not possess or use a computer with access to any "on-line" computer service at any location (including place of employment) without the prior written approval of the probation officer. This includes any Internet Service provider, bulletin board system or any other public or private network or e-mail system.

9. You shall not utilize any sex-related adult telephone numbers. The probation officer will verify compliance through the submission of personal/business telephone records.

On March 17, 2006, jurisdiction was transferred from the District of Arizona to the District of Colorado.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here: if lengthy write on separate sheet and attach)

The defendant was referred to PsychHealth, Grand Junction, Colorado, for a sex offender evaluation in April 2004. Treatment was recommended and the defendant began attending sex offender group at the end of April 2004. PsychHealth was sold and continued business under Behavior Clinical Services in May 2004.

The defendant has attended sex offender treatment on a consistent basis. However, his progress has been minimal. He has received a verbal and written warning for failure to follow the treatment contract. If he fails to follow the rules of the contract again, he will be terminated.

Carolyn Nelson-Sonda, defendant's therapist at Behavior Clinical Services, and I believe a placement at a Residential Reentry Center would provide an extra level of containment for the defendant as well as a consequence for his failure to adhere to the treatment contract.

The defendant acknowledges he has violated the treatment contract, therefore, violating the conditions of supervision. The acknowledgment is confirmed by the defendant's and his attorney's signatures on the attached Waiver of Hearing to Modify Conditions. AUSA Wyatt Angelo does not object to this modification.

PRAYING THAT THE COURT WILL ORDER the modification of the defendant's conditions of supervised release to include a special condition requiring the defendant to reside in a Residential Reentry Center for a period of up to 180 days to commence as directed by the probation officer.

ORDER OF THE COURT

Considered and ordered this 29th day of June, 2006, and ordered filed and made a part of the record in the above case.

s/ Wiley Y. Daniel
Wiley Y. Daniel
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ Sherrie Blake
U. S. Probation Officer

Place: Grand Junction, Colorado

Date: June 22, 2006